# Exhibit A

# MAGNIFICAT Mailing List

Magnificat is a lavishly printed, pocket sized worship aid of more than 400 pages. It can be used to follow the daily Mass, or can be read at home for personal or family prayer. Published 13 times per year, it offers the official texts of the daily mass, meditations, spiritual writings and essays.

Get Count | Get Pricing | Get More Information

| SEGMENTS | | COUNTS THROUGH 01/06/2021 |
|---|---|---|
| 353,850 | TOTAL UNIVERSE / BASE RATE | $110.00/M |
| 22,497 | 3 MO HL | $125.00/M |
| 71,716 | 6 MO HL | $120.00/M |
| 100,286 | 12 MO HL | $115.00/M |
| 139,819 | ACTIVES | $115.00/M |
| 22,499 | 6 MO FORMERS | $90.00/M |
| 214,031 | TOTAL FORMERS | $75.00/M |
| 16,522 | ACTIVE LARGE PRINT BUYERS | $115.00/M |

| | |
|---|---|
| POPULARITY: | ••••• 100 |
| MARKET: | CONSUMER |
| CHANNELS: | 📧 |
| SOURCE: | PUBLICATIONS, DIRECT MAIL SOLD, DIRECT RESPONSE |
| PRIVACY: | UNKNOWN |
| DMA?: | YES - MEMBER |
| STATUS: | STANDARD PROVIDER |
| GEO: | USA |
| GENDER: | 67% FEMALE 33% MALE |
| SPENDING: | $39.95 AVERAGE ORDER |

### DESCRIPTION

MAGNIFICAT is a lavishly printed, pocket sized worship aid of more than 400 pages. MAGNIFICAT subscribers and gift-givers are passionate, committed, and educated Catholics seeking to deepen their faith and prayer life. Their subscribers are well-read and have above average incomes, spending $44.95 for a 1 year subscription.

MAGNIFICAT is published 13 times per year (once per month, along with a special issue for Holy Week). MAGNIFICAT offers the official texts of the daily mass, meditations, spiritual writings, and essays on the lives of the Saints of today and the past. Each issue also includes beautiful prayers for both morning and evening, inspired by the Liturgy of the Hours, and each issue concludes with a commentary - and quality reproduction - of a masterpiece of sacred art.

Source is Direct Mail, 100% Direct to Publisher and 100% Paid

### SELECTS

| | |
|---|---|
| GENDER/SEX | $7.00/M |
| NON RECIP FEE | $20.00/M |
| SCF | $7.00/M |
| STATE | $7.00/M |
| ZIP | $7.00/M |

### ADDRESSING

| | |
|---|---|
| KEY CODING | PLEASE INQUIRE |
| EMAIL | $65.00/F |

### RELATED LISTS

- MISSIONARY ASSOCIATION OF MARY IMMACULATE - DONORS
- AMERICA NEEDS FATIMA WILAND
- NONPROFIT/FUNDRAISING/DONOR DATABASE
- THE WORD AMONG US
- IGNATIUS PRESS
- CATHOLIC VOTE (FORMERLY KNOWN AS FIDELIS DONORS)
- SALESIAN MISSIONS
- I-BEHAVIOR DATABASE
- ST. ANTHONY MESSENGER ACTIVE SUBSCRIBERS
- OBLATE MISSIONS - DONORS

### ORDERING INSTRUCTIONS

- To order this list, contact your List Broker and ask for NextMark List ID #214987 or click here to place your request.
- Use NextMark List Order Entry Software or Bionic Media Planning Software
- 5,000 NAME MINIMUM ORDER $0.00 MINIMUM PAYMENT
- 85% NET NAME AVAILABLE ON ORDERS OF 50,000 OR MORE ($10.00/M RUN CHARGE)
- PLEASE INQUIRE ABOUT EXCHANGE