# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

MITCHELL OBRIGEWITSCH
a/k/a M.A. OBRIGEWITSCH,

      Plaintiff,

vs.

MAGNIFICAT, INC.,

      Defendant.

_____/

Case No. 22-cv-11299
Hon. Matthew F. Leitman

## STIPULATION TO DISMISS WITH PREJUDICE

Plaintiff, Mitchell Obrigewitsch a/k/a M.A. Obrigewitsch, and Defendant Magnificat, Inc., through the signatures of their respective counsel below, stipulate to a dismissal of Plaintiff's entire cause of action with prejudice and without an award of costs or attorney fees to any party.

| The Miller Law Firm, P.C. | Altior Law, PC |
|---|---|
| /s/   E. Powell Miller (w/ consent) | /s/ Jennifer M. Grieco |
| E. Powell Miller (P39487) | Jennifer M. Grieco (P55501) |
| 950 W. University Drive | 401 S. Old Woodward Ave. |
| Suite 300 | Suite 460 |
| Rochester, MI 48307 | Birmingham, MI 48009 |
| Tel: 248-841-2200 | Tel: 248-594-5252 |
| epm@millerlawpc.com | jgrieco@altiorlaw.com |
| Attorneys for Plaintiff | Attorneys for Defendant |

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

MITCHELL OBRIGEWITSCH
a/k/a M.A. OBRIGEWITSCH,

      Plaintiff,                               Case No. 22-cv-11299
                                             Hon. Matthew F. Leitman

vs.

MAGNIFICAT, INC.,

      Defendant.

_____/

**ORDER FOR DISMISSAL WITH PREJUDICE**

    Plaintiff, Mitchell Obrigewitsch a/k/a M.A. Obrigewitsch, and Defendant Magnificat, Inc., having stipulated through their respective counsel to a dismissal with prejudice of all claims in this case without an award of costs or attorney fees to any party, and the Court being advised in the premises,

    IT IS ORDERED that Plaintiff's claims in this action are dismissed with prejudice and without an award of costs or attorney fees to any party.

    This order resolves the last pending claim and closes this case.

                                      /s/Matthew F. Leitman
                                      MATTHEW F. LEITMAN
                                      UNITED STATES DISTRICT JUDGE

Dated:  January 24, 2023